```
GURSEWAK SINGH AULAKH
2213 Kelso Peak Avenue
Bakersfield, CA 93304
Telephone: (661)834-1935

Attorney for Plaintiff,
IN PRO PER
```

LODGED
NOV - 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
2005 NOV 10 P 4: 37
CLERK, US DIST COURT
EASTERN D. OF CALIF
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURSEWAK SINGH AULAKH, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants, | Case No. CIV F04-61510WW LJO<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Date:　November 14, 2005<br>Time:　9:00am<br>Dept:　6 |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

　　Indra Lahiri is substituting in for Gursewak Singh Aulakh.

New Legal Representative:　Indra Lahiri, Esq.

Address:　1601 F Street, Second Floor, Bakersfield, CA 93301

Telephone:　(661) 326-1884

I consent to this substitution.

Date: November 7, 2005

Gursewak Singh Aulakh　　　Signature: _____

I accept this substitution.

---
SUBSTITUTION OF ATTORNEY
1

1 | Dated: November 7, 2005
2 | Indra Lahiri, Esq. SBN: 097284     Signature: _____
3 |
4 | IT IS SO ORDERED.
5 |
6 | Signature: _____
   | Judge of the District Court
7 | Dated: __11-9-05__
8 |

|  |  |
|---|---|
| STATE OF CALIFORNIA )  | **PROOF OF SERVICE** |
| COUNTY OF KERN ) | |

I am over the age of eighteen years, not a party to this action, and my business address is 1601 F Street, Second Floor, Bakersfield, CA 93301. On the date herein below specified, I served the foregoing document, described as set forth below on the interested parties in said action, by placing true copies thereof enclosed in sealed envelopes, at Bakersfield, California, addressed as follows:

**DATE OF SERVICE :**   November 7, 2005

**DOCUMENT SERVED :**   SUBSTITUTION OF ATTORNEY

**PARTIES SERVED :**   WILLIAM P. DONOVAN, JR.
DLA PIPER RUDNICK GRAY CARY US LLP
1999 AVENUE OF THE STARS, FOURTH FLOOR
LOS ANGELES, CA 90067-6022

**[ X ]   (BY MAIL AS FOLLOWS):   I am "readily familiar" with our firm's practice for the collection and processing of correspondence for mailing with the USPS and all correspondence is deposited with the U.S. Postal Service on that same day with postage fully prepaid at Bakersfield, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.**

[ ]   (VIA EXPRESS MAIL):   I caused to be sent via Express Mail next day air, the above-described documents to the offices of the addressee(s) as indicated.

[ ]   (BY PERSONAL SERVICE):   I caused to be delivered such documents by hand to the office of the party above set out.

[ ]   (VIA FACSIMILE MACHINE):   I transmitted from a facsimile transmission machine whose telephone number is (555) 555-5555 to the above-identified recipient and fax telephone number. The above-described transmission was reported as complete without error by a transmission report issued by said fax machine that made the transmission immediately after it was made.

[ ]   (FEDERAL): I declare I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**[ X ]   (STATE):   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.**

Executed at Bakersfield, CA,
on November 7, 2005

*Tammy LeBlanc*
TAMMY LEBLANC