**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURSEWAK SINGH AULAKH,<br><br>          Plaintiff,<br><br>     v.<br><br>7-ELEVEN, INC.,<br><br>          Defendant. | 1:01-cv-6151 OWW LJO<br><br>ORDER AFTER TELEPHONIC<br>STATUS CONFERENCE |

On December 1, 2005, a status conference following the hearing on the Defendant's motion for summary judgment was held. At that time, Plaintiff was represented by Indra Lahiri, Esq., appeared for Plaintiff.  William Donovan, Esq., appeared for the Defendant.

After discussion of the status of the motion, Plaintiff is granted to and including December 15, 2005, to file any supplemental opposition to the motion for summary judgment, including any facts and/or law that bear on the motion.

Defendant 7-Eleven, Inc., shall have through and including December 29, 2005, to respond.  The matter shall then stand

///

1

submitted.  The parties agree further oral argument is unnecessary.

SO ORDERED.

DATED:  December 1, 2005.

```
                                /s/ OLIVER W. WANGER
                        _____
                                  Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE
```

aulakh v. 7eleven order