```
                                         FILED
                                    JUDGMENT ENTERED

                                 _____Jan. 27, 2006____
                                            Date
                                 by _____G. Lucas_____
                                         Deputy Clerk
                                    U.S. District Court
                                Eastern District of California
                                 __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
GURSEWAK SINGH AULAKH,

        Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    CV-F-04-6151 OWW/LJO
7-ELEVEN, INC.,

        Defendant.
_____/
```

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendant and against the plaintiff.

DATED:  January 27, 2006

                                        JACK L. WAGNER, Clerk

                                        /S/ Greg Lucas
                                   By:
                                            Deputy Clerk

jgm.civ
2/1/95