```
                                        FILED
                                    JUDGMENT ENTERED

                                  _____Jan. 30, 2006____
                                           Date
                                  by _____G. Lucas_____
                                         Deputy Clerk
                                     U.S. District Court
                                  Eastern District of California
                                   __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GURSEWAK SINGH AULAKH,

      Plaintiff,      **AMENDED**
                                **JUDGMENT IN A CIVIL ACTION**

vs.

                                CV-F-04-6151 OWW/LJO

7-ELEVEN, INC.,

      Defendant.
_____/

       **DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.**

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendant and against the plaintiff.

DATED:  January 30, 2006

                                        JACK L. WAGNER, Clerk

                                        /S/ Greg Lucas
                              By:
                                          Deputy Clerk

jgm.civ
2/1/95